UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRIAN KA-JUAN PATTERSON, <br> Defendant. | Case No. 19-CR-02415-W <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 9/5/19 .

HONORABLE THOMAS J. WHELAN
United States District Judge